UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00397

**Christian Bruffy-Holmes,**
*Plaintiff,*

v.

**Sheriff, Wood County Detention Center, et al.,**
*Defendants.*

# ORDER

Plaintiff Christian Bruffy-Holmes, proceeding pro se and in forma pauperis, filed this civil lawsuit alleging violations of his constitutional rights during a stay in the Wood County Detention Center. Doc. 5. The court referred the matter to a magistrate judge pursuant to 28 U.S.C. § 636(b). On November 21, 2024, the magistrate judge issued a report and recommendation that the lawsuit be dismissed with prejudice for failure to state a claim pursuant to 28 U.S.C. §§ 1915A(b) and 1915(e). Doc. 7 at 6. A copy of the report was mailed to plaintiff at his last known address. Following receipt of a notice of change of address from plaintiff, a second copy of the report was mailed to him at his new address on January 3, 2025, and returned as undeliverable. Doc. 12. Plaintiff has filed no objections, and the time for doing so has passed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court dismisses this case with prejudice. Any pending motions are denied as moot.

*So ordered by the court on July 18, 2025.*

_____
J. CAMPBELL BARKER
United States District Judge